# Exhibit H

Redacted for Public Filing

# DESK APPEARANCE TICKET



You are hereby summoned to appear in the Criminal Court of the City of New York to answer a criminal charge. Should you fail to appear for the offense charged below, in addition to a warrant being issued for your arrest, you may be charged with an additional violation of the Penal Law which upon conviction may subject you to a fine, imprisonment, or both.

**YOU MUST APPEAR ON THIS DATE AND TIME. PRESENT THIS FORM TO THE COURT CLERK.**

| Date (Mo./Day/Yr.) | Time (check one) | Address/Location | County | Part |
|---|---|---|---|---|
| 03/20/2025 | ☑ 9:00 A.M. ☐ 2:00 P.M.<br>☐ 11:00 A.M. ☐ 5:00 P.M. | MIDTOWN COMMUNITY COURT, 314 W. 54TH STREET, NEW YORK, NY 10019 | MANHATTAN COMMUNITY | DAT |

**Offense Charged**
PL 195.05 01

**Additional Instructions**
BRING PHOTO ID.

I, the undersigned, do hereby acknowledge receipt of this DESK APPEARANCE TICKET, personally served upon me, and do agree to appear as indicated.

| Signature Of Defendant | Date | Time | Refused to Sign |
|---|---|---|---|
| [signature] | 3/6/25 | 12:04 PM | ☐ |

## THE PEOPLE OF THE STATE OF NEW YORK vs.

| Defendant's Name | Age | Date of Birth |
|---|---|---|
| CHUNG, YUNSEO | 21 | [redacted] |

**Residence Address**
[redacted]

**Preferred Mailing Address**

| Cell Phone No. | Home Phone No. | Work Phone No. | Email Address |
|---|---|---|---|
| [redacted] | NONE | NONE | NONE |

### ARREST AGENCY INFORMATION

| Command | D.A.T. Serial No. | Arrest No. | Agency Address if Not NYPD | | |
|---|---|---|---|---|---|
| 172 | 026-00074 | M25612784 | | | |

| Photographed By | Fingerprinted | Date | Time |
|---|---|---|---|
| 956961 MULTANI SANDEEP PO | ☑ Yes ☐ No | 03/05/2025 | 23:00:00 |

| Arresting Officer (print rank/name) | Tax Reg. No. | Shield | Cmd. | Agency |
|---|---|---|---|---|
| PO/MULTANI SANDEEP | 956961 | 8011 | 172 | N.Y. POLICE DEPT |

| Arresting Officer Signature | Date | Squad |
|---|---|---|
| [signature] | 3/6/25 | B3 |

| Desk Officer (print rank/name) | Desk Officer Signature | Tax Reg. No. | Command |
|---|---|---|---|
| SGT/HAYES WILLIAM | [signature] | 950575 | 172 |

**DISTRIBUTION**
ORIGINAL – Defendant's Copy   1ST COPY – Fax Terminal   2ND COPY – Arresting Officer (Or Complainant in Assigned Officer Cases)   3RD COPY – Precinct File

DESK APPEARANCE TICKET   PD 260-121 (Rev. 11-19)