# Exhibit I

Redacted for Public Filing



To: +1 ▮▮▮▮▮▮▮▮▮▮

Text Message
Today 7:02 PM

Hi, Yunseo. This is Audrey from the police. My job is to reach out to you and see if you have any questions about your recent arrest and the process going forward. When are available for a phone call?