# Exhibit K

Redacted for Public Filing

AO 93 (SDNY Rev. 01/17) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>████████████████ NEW YORK, NEW YORK 10027 | )<br>)<br>)   Case No.<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Southern_____ District of _____New York_____
*(identify the person or describe the property to be searched and give its location)*:

████████████████ NEW YORK, NEW YORK 10027

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B. ADDITIONALLY, THIS WARRANT IS SUBJECT TO THE ATTACHED WARRANT RIDER.

The search and seizure are related to violation(s) of *(insert statutory citations)*:

8 U.S.C. § 1324

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____March 27, 2025_____
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the Clerk of the Court.
☐ Upon its return, this warrant and inventory should be filed under seal by the Clerk of the Court. _____
*USMJ Initials*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   3/13/2025 5:06 pm        /s/ *(signature)*
                                                  Judge's signature

City and state:   New York, NY               The Honorable Robert W. Lehrburger, U.S. Magistrate Judge
                                                  Printed name and title



AO 93 (SDNY Rev. 01/17) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
|  |  |  |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the Court.

Date: 3/13/25

_____
Executing officer's signature

SA Carlucci
Printed name and title

Scanned with CS CamScanner

## ATTACHMENT B

All evidence, fruits, and instrumentalities of violations of 8 U.S.C. § 1324 (the "SUBJECT OFFENSE") located within SUBJECT PREMISES-1 and SUBJECT PREMISES-2 (together, the "SUBJECT PREMISES"), occurring from March 5, 2025 to the present, which includes:

1. Any records relating to ▇▇▇▇ and YUNSEO CHUNG and their affiliation with Columbia University, including but not limited to all communications, including email and letter communications, between Columbia University and ▇▇▇▇ and YUNSEO CHUNG and all residential lease agreements or student occupancy agreements or codes of conduct relating to ▇▇▇▇ and YUNSEO CHUNG.

2. Any immigration records relating to ▇▇▇▇ and YUNSEO CHUNG.

3. Any flight or travel records relating to ▇▇▇▇ and YUNSEO CHUNG.

Scanned with CamScanner