# Exhibit P

Redacted for Public Filing



**Important information**  Inbox

**Columbia Public Safety**  9:15 PM
to me

Dear Ms. Chung:

The U.S. Attorney's Office for the Southern District of New York has asked us to inform you that Homeland Security Investigation agents are seeking to make contact with you in connection with an administrative warrant for your arrest. Consistent with the University's practice, we wanted to share this information and their request with you. If you are represented by counsel, it may make sense for your lawyer to speak directly with DHS.

Columbia University Public Safety



Signed in as