IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Yunseo CHUNG,<br><br>    *Plaintiff-Petitioner*,<br><br>v.<br><br>Donald J. TRUMP, in his official capacity as President of the United States of America; Marco RUBIO, in his official capacity as Secretary of State, U.S. Department of State; Pamela BONDI, in her official capacity as Attorney General, U.S. Department of Justice; Kristi NOEM, in her official capacity as Secretary of Homeland Security, U.S. Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; and William P. JOYCE, in his official capacity as Acting Field Office Director of the New York Immigration and Customs Enforcement Office,<br><br>    *Defendants-Respondents*. | Case No. 25-cv-2412 |

## [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Upon review of Plaintiff-Petitioner's Motion for Leave to File Supporting Exhibits Under Seal, filed March 24, 2025, IT IS HEREBY ORDERED THAT Plaintiff-Petitioner is permitted to file certain exhibits supporting her Proposed Order to Show Cause for Temporary Restraining Order and/or Preliminary Injunction, in redacted form on the public docket, and in unredacted form under seal.

IT IS SO ORDERED.

Dated: _____, 2025           _____
      New York, New York                             United States District Judge