AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| Yunseo Chung | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-2412 |
| Donald J. Trump, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff-Petitioner Yunseo Chung .

Date:  03/24/2025

/s/ Nathan Yaffe
*Attorney's signature*

Nathan Yaffe 5712260
*Printed name and bar number*
Law Office of Matthew Bray
119 West 23rd Street, Suite 900
New York, NY, 10011

*Address*

nathan.yaffe@protonmail.ch
*E-mail address*

(646) 253-0580
*Telephone number*

*FAX number*