AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| YUNSEO CHUNG | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 25-cv-2412 |
| DONALD J. TRUMP, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

YUNSEO CHUNG .

Date:  03/25/2025

*Ramzi Kassem*
*Attorney's signature*

Ramzi Kassem / NY-4332649
*Printed name and bar number*

Main Street Legal Services, Inc.
CUNY School of Law
2 Court Square
Long Island City, NY 11101
*Address*

ramzi.kassem@law.cuny.edu
*E-mail address*

(718) 340-4558
*Telephone number*

(718) 340-4478
*FAX number*