AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Yunseo Chung | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| In their official capacities: Donald J. Trump; Marco Rubio; Pamela Bondi; Kristi Noem; Todd Lyons; William Joyce | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  See attached rider.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   See attached rider.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 3/25/2025                                  /s/ J. Gonzalez

                                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

  _____
  *Server's signature*

  _____
  *Printed name and title*

  _____
  *Server's address*

Additional information regarding attempted service, etc:

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Yunseo CHUNG,<br><br>    *Plaintiff-Petitioner*,<br><br>v.<br><br>Donald J. TRUMP, in his official capacity as President of the United States of America; Marco RUBIO, in his official capacity as Secretary of State, U.S. Department of State; Pamela BONDI, in her official capacity as Attorney General, U.S. Department of Justice; Kristi NOEM, in her official capacity as Secretary of Homeland Security, U.S. Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; and William P. JOYCE, in his official capacity as Acting Field Office Director of the New York Immigration and Customs Enforcement Office,<br><br>    *Defendants-Respondents*. | Index No. _____<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**RIDER TO REQUEST FOR ISSUANCE OF SUMMONS** |

**Defendants-Respondents:**

Donald J. Trump, in his official capacity as President of the United States of America, White House, 1600 Pennsylvania Ave. NW, Washington, D.C. 20500

Marco Rubio, in his official capacity as Secretary of State, United States Department of State, 2201 C Street, NW, Washington, D.C. 20520

Pamela Bondi, in her official capacity as Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

Kristi Noem, in her official capacity as Secretary of Homeland Security, U.S. Department of Homeland Security, Office of the General Counsel, 2707 Martin Luther King Jr. Ave. SE, Washington, DC 20528-0485

Todd M. Lyons, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement, ICE, Office of the Principal Legal Advisor, 500 12th St. SW, Mail Stop 5900, Washington, DC 20536-5900

William P. Joyce, in his official capacity as Acting Field Office Director of the New York Immigration and Customs Enforcement Office, New York ICE Field Office Director, 26 Federal Plaza, New York, New York 10278

**Plaintiff-Petitioner's Attorneys' Firm Name, Address and Telephone Number:**

CLEAR PROJECT, MAIN STREET LEGAL SERVICES, INC. – Naz Ahmad, Ramzi Kassem, Tarek Z. Ismail, Mudassar Hayat Toppa, CUNY School of Law, 2 Court Square West, 5th Floor, Long Island City, NY 11101, 718-340-4558

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP – Jonathan S. Abady, Katherine Rosenfeld, Sonya Levitova, One Rockefeller Plaza, 8th Floor, New York, NY 10020, 212-763-5000

HUMAN RIGHTS FIRST - Joshua Colangelo-Bryan, 121 W 36th Street, PMB 520, New York, NY 10018, (212) 845-5243

LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA – Jordan Wells, 131 Steuart Street # 400, San Francisco, CA 94105, (415) 543-9444

LAW OFFICE OF MATTHEW BRAY – Nathan Yaffe, 119 West 23rd Street, Suite 900, New York, NY 10011, (646) 253-0580

Jonathan Hafetz, 1109 Raymond Blvd., Newark, NJ 07102, (917) 355-6896