UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YUNSEO CHUNG,

                        Plaintiff,

      - v. -

DONALD J. TRUMP, *et al.*,

                      Defendants.

No. 25 Civ. 2412 (NRB)

NOTICE OF APPEARANCE

---

TO:    Clerk of Court
         United States District Court
         Southern District of New York

The undersigned attorney respectfully requests that the Clerk note his appearance in this case as counsel for Defendants-Respondents and add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
          March 25, 2025

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney for the
Southern District of New York

By:   /s/ Jeffrey Oestericher
JEFFREY OESTERICHER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2695
Facsimile:  (212) 637-0033
Email:  Jeffrey.Oestericher@usdoj.gov