UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Yunseo CHUNG,<br><br>      *Plaintiff-Petitioner*,<br><br>   v.<br><br>Donald J. TRUMP, in his official capacity as President of the United States of America; Marco RUBIO, in his official capacity as Secretary of State, U.S. Department of State; Pamela BONDI, in her official capacity as Attorney General, U.S. Department of Justice; Kristi NOEM, in her official capacity as Secretary of Homeland Security, U.S. Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; and William P. JOYCE, in his official capacity as Acting Field Office Director of the New York Immigration and Customs Enforcement Office,<br><br>      *Defendants-Respondents*. | Case No. 25-cv-2412<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that Jonathan S. Abady of Emery Celli Brinckerhoff Abady Ward & Maazel LLP hereby appears as counsel for Plaintiff-Petitioner in the above-captioned action, and requests that all papers filed through the ECF system be served upon him by email at jabady@ecbawm.com.

Dated: March 26, 2025
       New York, New York

                                               */s/ Jonathan S. Abady*
                                               Jonathan S. Abady

                                               EMERY CELLI BRINCKERHOFF ABADY
                                               WARD & MAAZEL LLP
                                               One Rockefeller Plaza, 8th Floor
                                               New York, New York 10020
                                               (212) 763-5000

                                               *Attorney for Plaintiff-Petitioner*