AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| Yunseo Chung | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-02412 |
| Donald J. Trump | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff-Petitioner Yunseo Chung.

Date: 03/27/2025

/s/
*Attorney's signature*

Jonathan Hafetz (JH0843)
*Printed name and bar number*
1109 Raymond Blvd.
Newark, NJ 07102

*Address*

jonathan.hafetz@shu.edu
*E-mail address*

(917) 355-6896
*Telephone number*

(973) 642-8956
*FAX number*