UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
Yunseo Chung                                    :
                                                :
                    Plaintiff,                  :
                                                :
        -against-                               :    25   Civ. 02412   (NRB )( ___ )
                                                :
                                                :    NOTICE OF APPEARANCE OF
Donald Trump, et al                             :    *PRO BONO* COUNSEL
                                                :
                    Defendant.                  :
-----------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as *pro bono* counsel in this case on behalf of:

Yunseo Chung, Plaintiff
_____

_____

I certify that I am admitted to practice in this Court.

04/02/2025
_____                         _____
Date                                            Signature

                                                Tarek Z. Ismail           TI6030
                                                _____
                                                Print Name                Bar No.

                                                2 Court Square, 5th Fl.
                                                _____
                                                Address

                                                Long Island City, NY 11101
                                                _____
                                                City       State       Zip Code

                                                718.340.4141       718.340.4478
                                                _____
                                                Phone No.          Fax. No.

                                                tarek.ismail@law.cuny.edu
                                                _____
                                                Email Address