# APPENDIX II
# LIST OF AMICI*

*All amici have signed on in an individual capacity, with institutional affiliation for identification purposes only.*

Cori Alonso-Yoder
Associate Professor of
Fundamentals of Lawyering
The George Washington University
Law School

Nadia Anguiano
Associate Clinical Professor of Law
University of Minnesota Law School

Sabrineh Ardalan
Clinical Professor of Law
Harvard Law School

Paulina Arnold
Assistant Professor
Michigan Law School

Sameer Ashar
Clinical Professor of Law
UC Irvine School of Law

Sabrina Balgamwalla
Assistant Professor
Wayne State Law School

Caitlin Barry
Professor of Law
Villanova University
Charles Widger School of Law

Lenni Benson
Distinguished Professor of Immigration and
Human Rights Law
New York Law School

Jacqueline Bhabha
Professor of the Practice
Harvard University

Diana Blank
Visiting Assistant Clinical Professor &
William R. Davis Clinical Teaching Fellow
University of Connecticut School of Law

Matthew Boaz
Assistant Professor
University of Kentucky
J. David Rosenberg College of Law

Richard Boswell
Professor of Law
Univ. of Calif. College of Law, San Francisco

Annie Bright
Visiting Assistant Professor of Law
St. Mary's University School of Law

Emily Brown
Assistant Clinical Professor of Law
The Ohio State University
Moritz College of Law

Stacy Brustin
Professor of Law Emerita
The Catholic University of America

Katherine Buckel
Lecturer in Law
Columbia Law School

J. Anna Cabot
Clinical Associate Professor and
Assistant Dean of Clinical Education
University of Houston Law Center

Kristina M. Campbell
Professor of Law and Rita G. &
Norman L. Roberts Faculty Scholar Director
Beatriz and Ed Schweitzer Border Justice
  Initiative
Gonzaga University School of Law

Elizabeth Campbell
Clinical Professor of Law
University of Michigan

Jocelyn Cazares Willingham
Assistant Professor of Law
Co-Director, Immigration and
  Human Rights Clinic
University of the District of Columbia
David A. Clarke School of Law

Jennifer Chacón
Bruce Tyson Mitchell Professor of Law
Stanford Law School

Angélica Cházaro
Charles Stone Professor of Law
University of Washington School of Law

R. Linus Chan
Professor of Clinical Law
University of Minnesota Law School

Gabriel Chin
Edward L. Barrett Jr. Chair
Martin Luther King Jr. Professor
U.C. Davis School of Law

Dree K. Collopy
Adjunct Professor
American University
Washington College of Law

Jenny-Brooke Condon
Professor of Law
Seton Hall Law School

Lance Conklin
Adjunct Professor
Trinity Law School

Erin B. Corcoran
Executive Director, Kroc Institute for
  International Peace Studies
University of Notre Dame

Rose Cuison-Villazor
Professor of Law and
Chancellor's Social Justice Scholar
Rutgers Law School

Haiyun Damon-Feng
Assistant Professor of Law
Benjamin N. Cardozo School of Law

Daniel Morales
Associate Professor
Dwight Olds Chair in Law
University of Houston Law Center

Deborah M. Weissman
Reef C. Ivey II Distinguished Professor
  of Law
University of North Carolina School of Law

Lauren DesRosiers
Visiting Assistant Professor
Director, Immigration Law Clinic
Albany Law School

Michael Doyle
University Professor
Columbia Law School

Stella Burch Elias
Professor of Law
University of Iowa College of Law

Amy Foerster
Professor of Sociology
Pace University

Richard Frankel
Professor of Law
Drexel University
Thomas R. Kline School of Law

Niels Frenzen
Sidney M. and Audrey M. Irmas Endowed
 Clinical Professor of Law
Co-Director, Immigration Clinic
University of Southern California
Gould School of Law

Maryellen Fullerton
Suzanne J. and Norman Miles Professor
 of Law
Brooklyn Law School

John Harland Giammatteo
Associate Professor
State University of New York at Buffalo
School of Law

Denise Gilman
Clinical Professor
Co-Director, Immigration Clinic
University of Texas School of Law

Jennifer Gordon
Professor of Law
Fordham University School of Law

Joanne Gottesman
Clinical Professor of Law
Rutgers Law School

Pratheepan Gulasekaram
Provost Professor of Law
University of Colorado

Jacob Hamburger
Visiting Assistant Professor of Law
Cornell Law School

Lindsay M. Harris
Professor of Law
University of San Francisco School of Law

Geoffrey Heeren
Professor of Law
University of Idaho College of Law

Mackenzie Heinrichs
Fellow and Visiting Assistant Professor of
 Clinical Law
University of Minnesota School of Law

Mary Holper
Clinical Professor of Law
Boston College Law School

Talia Inlender
Deputy Director
Center for Immigration Law and Policy
UCLA School of Law

Eisha Jain
Professor of Law
University of North Carolina School of Law

Kit Johnson
Professor of Law
The University of Oklahoma College of Law

Jon Bauer
Clinical Professor of Law
Richard D. Tulisano '69 Scholar in
 Human Rights
University of Connecticut School of Law

Elizabeth Jordan
Visiting Assistant Professor
Director, Immigration Law and
 Policy Clinic
University of Denver Sturm College of law

Michael Kagan
Joyce Mack Professor of Law
University of Nevada, Las Vegas

Nancy Kelly
Senior Clinical Instructor
Harvard Law School

Elizabeth Keyes
Professor of Law
University of Baltimore

Kathleen Kim
Professor of Law
LMU Loyola Law School

Jennifer Koh
Associate Professor of Law
Pepperdine Caruso School of Law

Daniel M. Kowalski
Editor-in-Chief
Bender's Immigration Bulletin (LexisNexis)

Jennifer J. Lee
Associate Professor of Law
Temple Law School

Theo Liebmann
Clinical Professor of Law
Hofstra University
Maurice A. Deane School of Law

Aly Madan
Adjunct Professor of Law
New England Law | Boston

Randi Mandelbaum
Associate Dean for Clinical Education
  (Newark campus)
Professor of Law
Rutgers Law School

Lynn Marcus
Clinical Law Professor
University of Arizona James E. Rogers
College of Law

Peter Markowitz
Professor of Law
Benjamin N. Cardozo School of Law

Fatma Marouf
Professor of Law
Texas A&M School of Law

Estelle McKee
Clinical Professor
Cornell Law School

Katie Herbert Meyer
Professor of Practice
Washington University in St. Louis
School of Law

Jennifer Moore
Professor of Law
University of New Mexico School of Law

Daniel Morales
Associate Professor of Law
Dwight Olds Chair in Law
University of Houston Law Center

Angela Morrison
Professor of Law
Texas A&M School of Law

Hiroshi Motomura
Susan Westerberg Prager Distinguished
  Professor of Law
UCLA School of Law

Elora Mukherjee
Jerome L. Greene Clinical Professor of Law
Columbia Law School

Karen Musalo
Professor of Law
UC Law San Francisco

Lori Nessel
Professor of Law
Director, Immigrants' Rights/International
Human Rights Clinic
Seton Hall Law School

Mae Ngai
Professor of History
Columbia University

John Palmer
Associate Professor
Universitat Pompeu Fabra

Sarah Paoletti
Practice Professor of Law
University of Pennsylvania Carey
Law School

Reena Parikh
Assistant Clinical Professor
Boston College Law School

Jackie Pearce
Clinical Instructor
CUNY School of Law

Huyen Pham
Professor of Law
Texas A&M University School of Law

Jaya Ramji-Nogales
Professor of Law
Temple University

Sarah Rogerson
Professor of Law
Clinic Director
Albany Law School

Carrie Rosenbaum
Senior Fellow
Santa Clara University School of Law

Rachel Rosenbloom
Professor of Law
Northeastern University School of Law

Rubén G. Rumbaut
Distinguished Professor of Sociology
University of California, Irvine

Lexie Salamone
Immigration Law Clinic Attorney Fellow
Washington University School of Law

Faiza Sayed
Associate Professor of Law
Brooklyn Law School

Anne Schaufele
Assistant Professor
University of the District of Columbia
David A. Clarke School of Law

Erica Schommer
Clinical Professor of Law
St. Mary's University School of Law

Philip Schrag
Delaney Family Professor of Public Interest
  Law
Georgetown University

Ragini Shah
Clinical Professor of Law
Suffolk University Law School

Sarah Sherman-Stokes
Clinical Associate Professor
Boston University School of Law

Anita Sinha
Professor of Law
American University Washington
College of Law

Doug Smith
Lecturer
Brandeis University

Elissa Steglich
Clinical Professor
University of Texas School of Law

Juliet Stumpf
Edmund O. Belsheim Professor of Law
Lewis & Clark Law School

Maureen Sweeney
Law School Professor
University of Maryland Carey
School of Law

David Thronson
Professor of Law
Michigan State University College of Law

Mia Unger
Lecturer in Law
Columbia Law School

Sheila Velez Martinez
Jack and Lovell Olender Professor of
 Asylum, Refugee and Immigration Law
University of Pittsburgh School of Law

Leti Volpp
Robert D. and Leslie Kay Raven Professor
 of Law
UC Berkeley School of Law

Jonathan Weinberg
Distinguished Professor of Law
Wayne State University

Anna Welch
Professor of Law
University of Maine School of Law

Virgil Wiebe
Professor of Law
University of St. Thomas

John Willshire
Senior Clinical Instructor
Harvard Law School

Amelia Wilson
Assistant Clinical Professor
Director of the Immigration Justice Clinic
Elisabeth Haub School of Law
Pace University

Michael Wishnie
William O. Douglas Clinical Professor of
 Law
Yale Law School

Lauris Wren
Clinical Professor of Law
Maurice A. Deane School of Law
Hofstra University

Stephen Yale-Loehr
Retired Professor of Immigration Practice
Cornell Law School

Mary Yanik
Clinical Associate Professor of Law
Tulane Law School

Bri Zhuang
Immigration Law Teaching Fellow
University of Maine School of Law