UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YUNSEO CHUNG,<br><br>      Plaintiff-Petitioner,<br><br>- against -<br><br>DONALD J. TRUMP; *et al.*,<br><br>      Defendants-Respondents. | No. 25 Civ. 2412 (NRB)<br><br>NOTICE OF APPEARANCE |

TO: Clerk of Court
   United States District Court
   Southern District of New York

   The undersigned attorney respectfully requests the Clerk to note his appearance in this case as counsel for Defendants-Respondents and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date: New York, New York
    April 11, 2025

                   Respectfully submitted,

                   MATTHEW PODOLSKY
                   Acting United States Attorney for the
                   Southern District of New York

             By:     /s/
                   BRANDON M. WATERMAN
                   Assistant United States Attorney
                   86 Chambers Street, 3rd Floor
                   New York, New York 10007
                   Telephone: (212) 637-2743
                   Facsimile: (212) 637-2786
                   Email: brandon.waterman@usdoj.gov