UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YUNSEO CHUNG,<br><br>                    Plaintiff-Petitioner,<br><br>- against -<br><br>DONALD J. TRUMP, *et al.*,<br><br>                    Defendants-Respondents. | No. 25 Civ. 2412 (NRB)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law in support of the Defendants-Respondents' motion to dismiss, and the supporting declaration of Marina Vides, Defendants-Respondents, through their attorney, Matthew Podolksy, Acting United States Attorney for the Southern District of New York, will move this Court before the Honorable Naomi Reice Buchwald, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, for an order dismissing this case for lack of subject-matter jurisdiction and failure to state a claim.

Dated:   New York, New York
         April 11, 2025

                                        MATTHEW PODOLSKY
                                        Acting United States Attorney
                                        Southern District of New York
                                        *Attorney for the Defendants-Respondents*

             By:     /s/ *Brandon M. Waterman*
                                        JEFFREY OESTERICHER
                                        BRANDON M. WATERMAN
                                        Assistant United States Attorneys
                                        86 Chambers Street, 3rd Floor
                                        New York, New York 10007
                                        Tel.: (212) 637-2695/2743
                                        jeffrey.oestericher@usdoj.gov
                                        brandon.waterman@usdoj.gov