IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Yunseo CHUNG,<br><br>  *Plaintiff-Petitioner*,<br><br>v.<br><br>Donald J. TRUMP, in his official capacity as President of the United States of America; Marco RUBIO, in his official capacity as Secretary of State, U.S. Department of State; Pamela BONDI, in her official capacity as Attorney General, U.S. Department of Justice; Kristi NOEM, in her official capacity as Secretary of Homeland Security, U.S. Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; and William P. JOYCE, in his official capacity as Acting Field Office Director of the New York Immigration and Customs Enforcement Office,<br><br>  *Defendants-Respondents*. | Case No.25-cv-2412 |

## STIPULATION AND ORDER

  WHEREAS, on March 24, 2025, Plaintiff-Petitioner moved for a preliminary injunction, *see* ECF Nos. 6, 8;

  WHEREAS, on April 11, 2025, Defendants-Respondents opposed Plaintiff-Petitioner's motion, and also moved to dismiss Plaintiff-Petitioner's case, *see* ECF Nos. 32, 33;

  WHEREAS, the Court has ordered that Plaintiff-Petitioner file her reply in further support of her motion for a preliminary injunction no later than April 29, 2025, *see* ECF No. 20;

  WHEREAS, Plaintiff-Petitioner intends to separately oppose Defendants-Respondents' motion to dismiss;

Plaintiff-Petitioner and Defendants-Respondents, through their undersigned counsel, STIPULATE AND AGREE as follows:

1. Plaintiff-Petitioner's opposition to Defendants-Respondents' motion to dismiss will be filed separately from her reply in further support of her motion for a preliminary injunction, in compliance with the length limitations of Local Civil Rule 7.1(c), no later than April 29, 2025.

2. Defendants-Respondents' reply, if any, in further support of their motion to dismiss Plaintiff-Petitioner's case shall be filed no later than May 9, 2025.

3. A facsimile or scanned copy of this stipulation will be considered the same as an original and may be filed with the court electronically.

Dated: April 18, 2025
New York, New York

**EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP**

____/s/_____
Jonathan S. Abady
Katherine Rosenfeld
Sonya Levitova
One Rockefeller Plaza, 8th Floor
New York, NY 10020
(212) 763-5000

**CLEAR PROJECT**
**MAIN STREET LEGAL SERVICES, INC.**
Naz Ahmad
Ramzi Kassem
Tarek Z. Ismail
Mudassar Hayat Toppa
CUNY School of Law
2 Court Square West, 5th Floor
Long Island City, NY 11101
(718) 340-4558

**MATTHEW PODOLSKY**
**ACTING UNITED STATES ATTORNEY**
**SOUTHERN DISTRICT OF NEW YORK**

___/s/_____
Jeffrey Oestericher
Brandon M. Waterman
Assistant United States Attorneys
86 Chambers Street, 3rd Floor New York,
New York 10007
Tel.: (212) 637-2695/2743

*Attorneys for Defendants-Respondents*

**HUMAN RIGHTS FIRST**
Joshua Colangelo-Bryan
121 West 36th Street, PMB 520
New York, NY 10018
(212) 845-5243

**LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA**
Jordan Wells
131 Steuart Street # 400
San Francisco, CA 94105
(415) 543-9444

**LAW OFFICE OF MATTHEW BRAY**
Nathan Yaffe
119 West 23rd Street, Suite 900
New York, NY 10011
(646) 253-0580

**JONATHAN HAFETZ, ESQ.**
Jonathan Hafetz
1109 Raymond Blvd.
Newark, NJ 07102
(917) 355-6896

*Attorneys for Plaintiff-Petitioner*

It is so ORDERED this _____ day of _____ 2025.

_____
HON. NAOMI REICE BUCHWALD
United States District Court Judge