IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Yunseo CHUNG,<br><br>    *Plaintiff-Petitioner*,<br><br>v.<br><br>Donald J. TRUMP, in his official capacity as President of the United States of America; Marco RUBIO, in his official capacity as Secretary of State, U.S. Department of State; Pamela BONDI, in her official capacity as Attorney General, U.S. Department of Justice; Kristi NOEM, in her official capacity as Secretary of Homeland Security, U.S. Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; and William P. JOYCE, in his official capacity as Acting Field Office Director of the New York Immigration and Customs Enforcement Office,<br><br>    *Defendants-Respondents*. | Case No. 25-cv-2412 |

## DECLARATION OF SONYA LEVITOVA

I, Sonya Levitova, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Sonya Levitova. I am a licensed attorney in good standing in the state of New York. I am an attorney of record for Plaintiff-Petitioner Yunseo Chung in the above-captioned case.

2. I submit this declaration in support of Ms. Chung's opposition to Defendants-Respondents' motion to dismiss this action.

3. Attached hereto as Exhibit A is a true and correct copy of the disposition by the New York Criminal Court, dated April 14, 2025, dismissing all charges against Ms. Chung

following from her March 5, 2025 arrest. This disposition has been redacted in compliance with Federal Rule of Civil Procedure 5.2.

    4.    Attached as Exhibit B is a true and correct copy of the transcript of the proceedings held before the Court in this action on March 25, 2025.

    5.    To my knowledge, Ms. Chung is currently in good standing as a student at Columbia University.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 29, 2025
       New York, New York

*/s Sonya Levitova*
Sonya Levitova

*Attorney for Plaintiff-Petitioner*