# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### UNITED STATES COURTHOUSE
#### 500 PEARL STREET
#### NEW YORK, NY 10007

NAOMI REICE BUCHWALD                                                    (212) 805-0194
UNITED STATES DISTRICT JUDGE

May 5, 2025

Re: **Chung v. Trump et al., 25 Civ. 2412 (NRB)**

Dear Counsel:

    The Court regrets not having responded sooner to plaintiff-petitioner's April 4, 2025, letter seeking to, inter alia, unseal the supporting affidavit and application behind the search and seizure warrant issued on March 13, 2025.  See ECF No. 26.  The delay was the result of the Court awaiting additional submission(s) from the parties, which never came.  Without resolving the issue of whether such an unsealing motion should be made, as the Government proposes, to the Magistrate Judge who issued the warrant or to this Court in the first instance, we accept the Government's stated willingness to "make an unsealing application to Magistrate Judge Lehrburger and, if that application is granted, to unseal the materials, subject to redaction of any third-party information, PII, and any other information that by law should not be made public." Id. at 1 n.1.  Such an application should be made promptly.  Further, any appeal from Magistrate Judge Lehrburger should be filed with this Court.

Very truly yours,

Naomi Reice Buchwald
United States District Judge

CC:

All counsel of record.