

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

May 7, 2025

<u>By ECF</u>
Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Chung v. Trump*, 25-cv-2412 (NRB)

Dear Judge Buchwald:

    This Office represents the government in the above-referenced matter. On April 11, 2025, the government filed a combined motion to dismiss and opposition to the plaintiff's motion for a preliminary injunction; the plaintiff filed her opposition to the motion to dismiss on April 29, 2025, and the government's reply in further support of its motion to dismiss is currently due this Friday, May 9, 2025. Stipulation and Order (ECF No. 38). A show cause hearing on the plaintiff's motion for a preliminary injunction is scheduled for May 20, 2025. Order to Show Cause (ECF No. 20). On behalf of the government, we write respectfully to request a three-business-day extension of time to file the government's reply, until 5:00 p.m. on Wednesday, May 14, 2025.

    We make this request because additional time is needed for the government to assess an opinion issued earlier today by the Second Circuit in *Ozturk v. Hyde*, --- F.4th ----, 2025 WL 1318154 (2d Cir. May 7, 2025), as well as its potential effect on this case. Plaintiff's counsel consents to this request. This is the government's first request for an extension of any deadline in this case.

    We thank the Court for its consideration of this request.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney for the
    Southern District of New York

By:    */s/ Brandon M. Waterman*
    BRANDON M. WATERMAN
    Assistant United States Attorney
    86 Chambers Street, Third Floor
    New York, New York 10007
    Telephone: (212) 637-2743
    brandon.waterman@usdoj.gov

cc: Counsel of Record (by ECF)