U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 14, 2025

By ECF
Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:    *Chung v. Trump*, 25-cv-2412 (NRB)

Dear Judge Buchwald:

     This Office represents the government in the above-referenced matter. The government's reply brief in further support of its motion to dismiss is due today. We write respectfully, with the consent of Petitioner's counsel, to request that the Court grant the government leave to file an oversized brief of up to 3,750 words instead of the default brief size of 3,500 words; that is, we seek leave to include an additional 250 words in the government's reply brief. The additional space is needed to sufficiently address the various issues presented.

     We thank the Court for its consideration of this request.

                                        Respectfully submitted,

                                        JAY CLAYTON
                                      United States Attorney for the
                                      Southern District of New York

                By:    */s/ Brandon M. Waterman*
                                      BRANDON M. WATERMAN
                                      Assistant United States Attorney
                                      86 Chambers Street, Third Floor
                                      New York, New York 10007
                                      Telephone: (212) 637-2743
                                      brandon.waterman@usdoj.gov

cc: Counsel of Record (by ECF)