

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 14, 2025

By ECF
Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Chung v. Trump*, 25-cv-2412 (NRB)

Dear Judge Buchwald:

    This Office represents the government in the above-referenced matter. The government's reply brief in further support of its motion to dismiss is due today. We write respectfully, with the consent of Petitioner's counsel, to request that the Court grant the government leave to file an oversized brief of up to 3,750 words instead of the default brief size of 3,500 words; that is, we seek leave to include an additional 250 words in the government's reply brief. The additional space is needed to sufficiently address the various issues presented.

    We thank the Court for its consideration of this request.

```
Application granted.
So ordered.

[signature]
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
Dated: May 14, 2025
       New York, New York
```

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:    */s/ Brandon M. Waterman*
BRANDON M. WATERMAN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2743
brandon.waterman@usdoj.gov

cc: Counsel of Record (by ECF)