EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

ATTORNEYS AT LAW
ONE ROCKEFELLER PLAZA
8TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

May 16, 2025

*Via ECF; Courtesy Copy Via Email*

Hon. Naomi Reice Buchwald
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., New York, NY 10007-1312

    Re:    *Chung v. Trump et al.*, No. 25-cv-2412 (NRB)

Dear Judge Buchwald:

    Together with co-counsel, this firm represents Plaintiff-Petitioner Yunseo Chung in the above-captioned matter. We write in furtherance of our April 10, 2025 request to conduct expedited discovery, which Defendants-Respondents opposed on April 14, 2025, and which is ripe for the Court's decision. *See* ECF Nos. 30, 36.

    Since the request's filing, the government has produced two of the documents at issue, specifically the Secretary of State Marco Rubio's March 2025 letter to the Department of Homeland Security identifying Ms. Chung as one of two lawful permanent residents to be deported, as well as an administrative arrest warrant for Ms. Chung. *See* ECF No. 34 at 7-8, 10. The undersigned have conferred by email with Defendants-Respondents to ask whether their position on producing the balance of the documents requested remains the same, and Defendants-Respondents confirmed yesterday that they continue to object.

    In light of these developments, Ms. Chung respectfully renews her request for the limited discovery set forth in her letter-motion dated April 10, 2025.

    Thank you for your consideration of this request.

Respectfully submitted,

*Emery Celli Brinckerhoff Abady Ward & Maazel LLP*
  Jonathan S. Abady
  Katherine Rosenfeld
  Sonya Levitova

---

```
Given the Government's pending
motion to dismiss for lack of
jurisdiction, the application for
expedited discovery is denied.
```
**So ordered.**

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

```
Dated: May 16, 2025
       New York, New York
```

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
Page 2

*CLEAR Project, Main Street Legal Services, Inc.*
  Naz Ahmad
  Ramzi Kassem
  Tarek Z. Ismail
  Mudassar Hayat Toppa

*Human Rights First*
  Joshua Colangelo-Bryan

*Lawyers' Committee for Civil Rights of the San Francisco Bay Area*
  Jordan Wells

*Law Office of Matthew Bray*
  Nathan Yaffe

Jonathan Hafetz, Esq.

*Attorneys for Plaintiff-Petitioner*

cc:  All Counsel of Record (via ECF)