UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YUNSEO CHUNG,<br><br>                     Plaintiff-Petitioner,<br><br>        - against -<br><br>DONALD J. TRUMP, *et al.*,<br><br>                     Defendants-Respondents. | No. 25 Civ. 2412 (NRB)<br><br>**NOTICE OF APPEAL** |

     Defendants-respondents appeal to the United States Court of Appeals for the Second Circuit from the Order granting a preliminary injunction entered on June 5, 2025.

Dated:  New York, New York       Respectfully submitted,
        July 3, 2025

                                     JAY CLAYTON
                                     United States Attorney
                                     Southern District of New York
                                     *Attorney for Defendants-Respondents*

         By:    /s/ *Brandon M. Waterman*
                 JEFFREY OESTERICHER
                 BRANDON M. WATERMAN
                 Assistant United States Attorneys
                 86 Chambers Street, 3rd Floor
                 New York, New York 10007
                 Tel.: (212) 637-2695/2743
                 jeffrey.oestericher@usdoj.gov
                 brandon.waterman@usdoj.gov