

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 3, 2025

By ECF
Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Chung v. Trump*, 25 Civ. 2412 (NRB)

Dear Judge Buchwald:

      This Office represents the government in the above-referenced matter. We write respectfully in response to the June 27, 2025, letter from counsel for plaintiff/petitioner Yunseo Chung ("Chung") (ECF No. 60) proposing a schedule for discovery in the above-referenced matter. For the reasons set forth below, the government opposes the entry of a discovery schedule in this matter.

      Today, the government filed a notice of appeal from the Court's Order (ECF No. 57) granting Chung's motion for a preliminary injunction. The principal issue to be raised on appeal is one of subject-matter jurisdiction. The government does not intend at this time to seek to expedite that appeal, nor does the government intend at this time to seek a stay in the Second Circuit of this Court's preliminary injunction order. Accordingly, Chung will receive the benefit of this Court's preliminary injunction during the pendency of the government's appeal. Under these circumstances, among other reasons, the government believes that it would be appropriate for the Court to stay all district court proceedings in this matter, including discovery, during the pendency of the government's appeal.

      The government is prepared to move for a stay of district court proceedings pending its appeal. Counsel for Chung do not agree to a stay of proceedings pending appeal and will oppose the government's motion. We are of course also available to appear at an initial pre-trial conference to discuss the issue of discovery and the government's anticipated motion for a stay.

We thank the Court for its consideration of this submission.

                Respectfully submitted,

                JAY CLAYTON
                United States Attorney for the
                Southern District of New York

By:    */s/ Jeffrey Oestericher*
        JEFFREY OESTERICHER
        BRANDON M. WATERMAN
        Assistant United States Attorneys
        86 Chambers Street, Third Floor
        New York, New York 10007
        Telephone: (212) 637-2695/2743
        jeffrey.oestericher@usdoj.gov
        brandon.waterman@usdoj.gov

cc: Counsel of Record (by ECF)