*Via ECF*                                                                                                                       July 10, 2025

Hon. Naomi Reice Buchwald
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., New York, NY 10007-1312

    Re:    *Chung v. Trump et al.*, No. 25-cv-2412 (NRB)

Dear Judge Buchwald:

    The undersigned represent Plaintiff-Petitioner Yunseo Chung. We write in response to the government's July 3, 2025 letter to request a conference to discuss Ms. Chung's motion for discovery or an initial conference, made on June 27, 2025, and the government's anticipated motion for a stay of proceedings, which Ms. Chung will oppose.

    Thank you for your consideration of this request.

                                        Respectfully submitted,

                                        *CLEAR Project, Main Street Legal Services, Inc.*
                                          Naz Ahmad
                                          Ramzi Kassem
                                          Tarek Z. Ismail
                                          Mudassar Hayat Toppa

                                        *Emery Celli Brinckerhoff Abady Ward & Maazel LLP*
                                          Jonathan S. Abady
                                          Katherine Rosenfeld
                                          Sonya Levitova

                                        *Human Rights First*
                                          Joshua Colangelo-Bryan

                                        Jonathan Hafetz, Esq.

                                        *Law Office of Matthew Bray*
                                          Nathan Yaffe

                                        *Lawyers' Committee for Civil Rights of the San Francisco Bay Area*
                                          Jordan Wells

                                        *Attorneys for Plaintiff-Petitioner*

cc:    All Counsel of Record (via ECF)