**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007

**NAOMI REICE BUCHWALD**                                                        (212) 805-0194
**UNITED STATES DISTRICT JUDGE**

August 14, 2025

Ramzi Kassem
Main Street Legal Services, Inc.
City University of New York School of Law
2 Court Square West, 5th Floor
Long Island City, NY 11101

Brandon Matthew Waterman
Jeffrey Stuart Oestericher
U.S. Attorney's Office, SDNY
86 Chambers Street
New York, NY 10007

Re: **Chung v. Trump et al., 25 Civ. 2412 (NRB)**

Dear Counsel:

The Court is in receipt of plaintiff's August 4, 2025 letter. ECF No. 65. Even assuming, *arguendo*, that plaintiff's view of the law is correct, it is beyond cavil that district judges have case management authority over their docket. We have exercised that authority.

Very truly yours,

Naomi Reice Buchwald
United States District Judge

Cc: All counsel of record.