UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Yunseo CHUNG,

               Plaintiff-Petitioner,

     v.

Donald J. TRUMP, in his official capacity as
President of the United States of America; Marco
RUBIO, in his official capacity as Secretary of
State, U.S. Department of State; Pamela BONDI,
in her official capacity as Attorney General, U.S.
Department of Justice; Kristi NOEM, in her
official capacity as Secretary of Homeland
Security, U.S. Department of Homeland Security;
Todd M. LYONS, in his official capacity as
Acting Director, U.S. Immigration and Customs
Enforcement; and William P. JOYCE, in his
official capacity as Acting Field Office Director of
the New York Immigration and Customs
Enforcement Office,

               Defendants-Respondents.

Civil Case No. 1:25-cv-02412

Application granted.
**So ordered.**

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
Date: New York, New York
      February 20, 2026

## MOTION TO WITHDRAW APPEARANCE OF SONYA LEVITOVA

Upon the accompanying affidavit of Sonya Levitova, the undersigned respectfully moves

this Court to withdraw the appearance of Sonya Levitova on behalf of Plaintiff-Petitioner.

Dated: February 19, 2026
      New York, New York

EMERY CELLI BRINCKERHOFF ABADY
WARD & MAAZEL LLP

By: _____/s/_____
Jonathan S. Abady
Katherine R. Rosenfeld
Sonya Levitova
1 Rockefeller Plaza, 8th Floor
New York, NY 10020
(212) 763-5000
*Attorneys for Plaintiff-Petitioner Yunseo Chung*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Yunseo CHUNG,

Plaintiff-Petitioner,

v.

Donald J. TRUMP, in his official capacity as
President of the United States of America; Marco
RUBIO, in his official capacity as Secretary of
State, U.S. Department of State; Pamela BONDI,
in her official capacity as Attorney General, U.S.
Department of Justice; Kristi NOEM, in her
official capacity as Secretary of Homeland
Security, U.S. Department of Homeland Security;
Todd M. LYONS, in his official capacity as
Acting Director, U.S. Immigration and Customs
Enforcement; and William P. JOYCE, in his
official capacity as Acting Field Office Director of
the New York Immigration and Customs
Enforcement Office,

Defendants-Respondents.

Civil Case No. 1:25-cv-02412

## AFFIDAVIT OF SONYA LEVITOVA
## IN SUPPORT OF MOTION TO WITHDRAW APPEARANCE

Sonya Levitova, an attorney duly admitted to practice before this Court, affirms the

following to be true under penalty of perjury:

1.      I am an associate of the law firm Emery Celli Brinckerhoff Abady Ward &

Maazel LLP ("ECBAWM"), attorneys for Plaintiff-Petitioner.

2.      I am one of the attorneys of record for Plaintiff-Petitioner in this action.

3.      My last day of employment with ECBAWM is February 20, 2026.

4.      Jonathan Abady and Katherine Rosenfeld are also attorneys of record for

Plaintiff-Petitioner, and ECBAWM continues to represent Plaintiff-Petitioner in this action.

5.      I respectfully request that the Court grant the motion to withdraw my appearance

for Plaintiff-Petitioner in this action.

Dated: February 19, 2026
        New York, New York

_____/s/_____
SONYA LEVITOVA